# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| VS. | **CRIMINAL ACTION NUMBER: 3:25CR-2-DJH** |
| **SUKHJIT BAINS** | **DEFENDANT** |

## ORDER ON INITIAL APPEARANCE

On January 13, 2025, United States Magistrate Judge Colin H. Lindsay held an initial appearance on this matter via video conference. Assistant United States Attorney Josh Porter appeared on behalf of the United States. The defendant appeared in custody from Oldham County Detention Center. Attorney Brandon Girdley appeared on behalf of defendant for limited purpose of initial appearance only. The proceeding was digitally recorded.

At the initial appearance, the defendant acknowledged his identity, was furnished with a copy of the Indictment, was advised of the nature of the charges contained therein and was advised of his rights. The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed Larry Simon from the Criminal Justice Act attorney panel list to represent the defendant, effective date January 13, 2025.

The United States moved for detention. Accordingly,

**IT IS HEREBY ORDERED** that arraignment proceedings and a detention hearing is scheduled for **January 16, 2025, at 2:30 p.m.** in Courtroom before the Honorable Colin H. Lindsay, United States Magistrate Judge. The defendant is remanded to custody of United States Marshals Service pending further order of the Court.

:10

Colin H Lindsay, Magistrate Judge
United States District Court

cc: QC Clerk

January 15, 2025