UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED
JAMES J. VILT, JR. - CLERK

JAN 22 2025

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA

v.

SUPERSEDING INDICTMENT

NO.  3:25-CR-2-~~RGJ~~ DJH
18 U.S.C. § 2
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(8)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)
18 U.S.C. § 933(a)
18 U.S.C. § 933(a)(1)
18 U.S.C. § 933(a)(3)
18 U.S.C. § 933(b)
18 U.S.C. § 934
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 853
26 U.S.C. § 5841
26 U.S.C. § 5861(d)
26 U.S.C. § 5871
28 U.S.C. § 2461

**SUKHJIT BAINS (1, 2, 3, 5, 7-11)**
**JONATHAN ERNSPIKER (1, 2, 4, 6)**
**CHRISTOPHER GARDNER (7, 12, 13)**

The Grand Jury charges:

COUNT 1
(*Firearms Trafficking*)

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS** and **JONATHAN ERNSPIKER**, transferred and otherwise disposed of a firearm and did conspire and attempt to do so, that is: a Smith and Wesson, model M&P 9L, 9 millimeter semi-automatic pistol, bearing serial number HNL4745; a Smith and Wesson, model SD9VE, 9 millimeter semi-automatic pistol, bearing serial number HER2934; a Taurus, model PT145 Pro, .45 caliber semi-automatic pistol, bearing serial number NFU74319; a

Smith and Wesson, model SW380, .380 auto semi-automatic pistol, bearing serial number RAB0402; a SCCY, model CPX-2, 9 millimeter semi-automatic pistol, bearing serial number C216699; a Kahr, model CW9, 9 millimeter semi-automatic pistol, bearing serial number YD6450; a Glock 23, .40 caliber semi-automatic pistol, bearing serial number EDW632US; DMPS model A-15, 5.56 caliber semi-automatic rifle, bearing serial number FH217837; a Diamondback model DB-15, multi-caliber semi-automatic rifle, bearing serial number DB-1814188; a Charter Arms model Pathfinder 22, 22LR revolver bearing serial number 1104646; a Smith and Wesson, model 10, .38 caliber revolver, bearing serial number 73228; a privately made, 3D printed semi-automatic pistol, bearing no markings or serial number; a Beretta, model PX4 Storm, 9 millimeter semi-automatic pistol, bearing serial number PX0201N; a Taurus, model G2C, .40 caliber semi-automatic pistol, bearing serial number ABK017972; a Ruger model LCP, .38 caliber semi-automatic pistol, bearing serial number 372350968; a Rock Island Armory, model 1911, .45 caliber semi-automatic pistol, bearing serial number RIA2179788; a Ruger model LC9S, 9 millimeter semi-automatic pistol, bearing serial number 327-63052; a Smith and Wesson, model M&P 45 Shield, .45 caliber semi-automatic pistol, bearing serial number JBT6585 and ammunition, to Witness #1, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by Witness #1 would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and 933(b).

The Grand Jury further charges:

## COUNT 2
*(Distribution of Methamphetamine)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS** and **JONATHAN ERNSPIKER**, aided and abetted by each other

and others, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

The Grand Jury further charges:

### COUNT 3
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

### COUNT 4
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **JONATHAN ERNSPIKER**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 5
*(Possession of a Firearm by a Prohibited Person)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, knowingly possessed, in and affecting commerce, a firearm, that is, a Charter Arms model Pathfinder 22, 22LR revolver, bearing serial number 1104646; a Smith and Wesson, model 10, .38 caliber revolver, bearing serial number 73228; a privately made, 3D printed semi-automatic pistol, bearing no markings or serial number; a Beretta model PX4 Storm, 9 millimeter semi-automatic pistol, bearing serial number PX0201N; a Taurus model G2C, .40 caliber semi-automatic pistol, bearing serial number ABK017972; a Ruger model LCP, .38 caliber semi-automatic pistol, bearing serial number 372350968; a Rock Island Armory model 1911, .45 caliber semi-automatic pistol, bearing serial number RIA2179788; a Ruger model LC9S, 9 millimeter semi-automatic pistol, bearing serial number 327-63052; a Smith and Wesson model M&P 45 Shield, .45 caliber semi-automatic pistol, bearing serial number JBT6585 and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 28, 2018, in the United States District Court for the Western District of Kentucky, in case number 3:17-CR-174-DJH, **SUKHJIT BAINS** was convicted of the offenses of possession of a firearm and ammunition by a convicted felon and possession with intent to distribute methamphetamine; and

> On or about March 28, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in case number 16-CR-2284, **SUKHJIT BAINS** was convicted of the offenses of wanton endangerment in the first degree, tampering with physical evidence, and possession of a controlled substance in the first-degree methamphetamine (two counts).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 6
*(Possession of a Firearm by a Prohibited Person)*

On or about November 20, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **JONATHAN ERNSPIKER**, knowingly possessed, in and affecting commerce, a firearm, that is, a Smith and Wesson model M&P 9L, 9 millimeter semi-automatic pistol, bearing serial number HNL4745; a Smith and Wesson model SD9VE, 9 millimeter semi-automatic pistol, bearing serial number HER2934; a Taurus model PT145 Pro, .45 caliber semi-automatic pistol, bearing serial number NFU74319; a Smith and Wesson model SW380, .380 auto semi-automatic pistol, bearing serial number RAB0402; a SCCY model CPX-2, 9 millimeter semi-automatic pistol, bearing serial number C216699; a Kahr model CW9, 9 millimeter semi-automatic pistol, bearing serial number YD6450; a Glock model 23, .40 caliber semi-automatic pistol, bearing serial number EDW632US; DMPS model A-15, 5.56 caliber semi-automatic rifle, bearing serial number FH217837; a Diamondback model DB-15, multi-caliber semi-automatic rifle, bearing serial number DB-1814188 and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about May 26, 2017, in Bullitt Circuit Court, Bullitt County, Kentucky, in case number 17-CR-12, **JONATHAN ERNSPIKER** was convicted of the offenses of convicted felon in possession of a firearm, and possession of a controlled substance in the first degree methamphetamine;

> On or about November 4, 2013, in Bullitt Circuit Court, Bullitt County, Kentucky, in case number 13-CR-105, **JONATHAN ERNSPIKER** was convicted of the offense of fleeing or evading police in the first degree;

> On or about November 4, 2013, in Bullitt Circuit Court, Bullitt County, Kentucky, in case number 13-CR-104, **JONATHAN ERNSPIKER** was convicted of the offense of manufacturing methamphetamine in the first degree;

> On or about May 3, 2013, in Bullitt Circuit Court, Bullitt County, Kentucky, in case number 12-CR-231, **JONATHAN ERNSPIKER** was convicted of the offense of

trafficking in a controlled substance in the first degree greater than two grams of methamphetamine; and

On or about October 1, 2008, in Bullitt Circuit Court, Bullitt County, Kentucky, in case number 08-CR-97, **JONATHAN ERNSPIKER** was convicted of the offense of criminal mischief in the first degree.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 7
(*Firearms Trafficking*)

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS** and **CHRISTOPHER GARDNER** transferred and otherwise disposed of a firearm and did conspire and attempt to do so, that is: a privately made .300 Blackout, semi-automatic rifle, bearing no serial numbers, equipped with a silencer; a Del-Ton model DTI-15, 5.56 millimeter semi-automatic pistol, bearing serial number B90313; a Cobray model M-11/Nine, 9 millimeter semi-automatic pistol, bearing serial number 85-0003573; a Smith and Wesson model M&P 380 Shield EZ, .380 auto semi-automatic pistol, bearing serial number NFV4228; a Glock model 43X, 9 millimeter semi-automatic pistol, bearing serial number BLYG103; a Glock model 45, 9 millimeter semi-automatic pistol, bearing serial number CAWG241; a 3D printed Glock type machine gun conversion device bearing no serial number, and ammunition, to Witness #1 and Witness #2, in and otherwise affecting commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by Witness #1 would constitute a felony.

In violation of Title 18, United States Code, Sections 933(a) and (b).

The Grand Jury further charges:

## COUNT 8
*(Illegal Possession of a Machine Gun)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, did knowingly possess or transfer a machine gun, that is, a 3D printed Glock type machine gun conversion device bearing no serial number.

In violation of Title 18, United States Code, Sections 922(o), and 924(a)(2).

The Grand Jury further charges:

## COUNT 9
*(Possession of a Firearm by a Prohibited Person)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, knowingly possessed, in and affecting commerce, a firearm, that is, a privately made .300 Blackout, semi-automatic rifle, bearing no serial number, equipped with a silence; a Del-Ton model DTI-15, 5.56 millimeter semi-automatic pistol, bearing serial number B90313; a Cobray model M-11/Nine, 9 millimeter semi-automatic pistol, bearing serial number 85-0003573; a Smith and Wesson model M&P 380 Shield EZ, .380 auto semi-automatic pistol, bearing serial number NFV4228; a Glock model 43X, 9 millimeter semi-automatic pistol, bearing serial number BLYG103; a Glock model 45, 9 millimeter semi-automatic pistol, bearing serial number CAWG241; a 3D printed Glock type machine gun conversion device bearing no serial number, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about November 28, 2018, in the Western District of Kentucky, in case number 3:17-CR-174-DJH, **SUKHJIT BAINS** was convicted of the offenses of possession of a firearm and ammunition by a convicted felon and possession with intent to distribute methamphetamine; and

7

On or about March 28, 2017, in Jefferson Circuit Court, Jefferson County, Kentucky, in case number 16-CR-2284, **SUKHJIT BAINS** was convicted of the offenses of wanton endangerment in the first degree, tampering with physical evidence, and possession of a controlled substance in the first-degree methamphetamine (two counts).

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 10
*(Distribution of Methamphetamine)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, knowingly and intentionally distributed fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, as defined in Title 21, United States Code, Section 812.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

The Grand Jury further charges:

## COUNT 11
*(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about December 12, 2024, in the Western District of Kentucky, Jefferson County, Kentucky, **SUKHJIT BAINS**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

The Grand Jury further charges:

## COUNT 12
*(Possession of a Firearm by a Prohibited Person)*

On or about January 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CHRISTOPHER GARDNER**, knowingly possessed, in and affecting commerce, a firearm, that is, a Taurus TS9, 9 millimeter, semi-automatic pistol, bearing serial number AEK750953; an Iver Johnson Arms, .30 caliber semi-automatic, short-barrel rifle bearing serial number BA05782, and ammunition, with knowledge that he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit:

> On or about December 5, 2018, in Jefferson Circuit Court, Jefferson County, Kentucky, in case number 18-CR-490, **CHRISTOPHER GARDNER** was convicted of the offense of convicted felon in possession of a handgun;

> On or about April 28, 2021, in Nelson Circuit Court, Nelson County, Kentucky, in case number 20-CR-227, **CHRISTOPHER GARDNER** was convicted of the offenses of receiving stolen property $10,000 or more, fleeing or evading police in the first degree motor vehicle, wanton endangerment in the first degree police officer (4 counts), criminal mischief in the first degree (3 counts), possession of controlled substance in the first degree methamphetamine; and

> On or about September 17, 2021, in Jefferson Circuit Court, Jefferson County, Kentucky, in case number 20-CR-590, **CHRISTOPHER GARDNER** was convicted of the offense of receiving stolen property under $10,000.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

The Grand Jury further charges:

## COUNT 13
*(Possession of an Unregistered Firearm)*

On or about January 10, 2025, in the Western District of Kentucky, Jefferson County, Kentucky, **CHRISTOPHER GARDNER**, knowingly received and possessed a firearm, that is:

9

an Iver Johnson Arms, .30 caliber semi-automatic, short-barrel rifle bearing serial number BA05782, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d) and 5871.

## FORFEITURE

As a result of committing offenses in violation of Title 18, United States Code, Sections 933(a)(1), 933(a)(3), 922(o), 922(g)(1), 924(a)(2), 924(a)(8), and Title 26, United States Code, Sections 5841, 5861(d) and 5871 as alleged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **SUKHJIT BAINS, JONATHAN ERNSPIKER,** and **CHRISTOPHER GARDNER** shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 924(d) and 934, and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offenses listed herein, and proceeds obtained directly and indirectly from a violation of Title 18, United States Code, Section 933 and property used and intended to be used, to commit violations of Section 933, including, but not limited to: a Smith and Wesson model M&P 9L, 9 millimeter semi-automatic pistol, bearing serial number HNL4745; a Smith and Wesson model SD9VE, 9 millimeter semi-automatic pistol, bearing serial number HER2934; a Taurus model PT145 Pro, .45 caliber semi-automatic pistol, bearing serial number NFU74319; a Smith and Wesson model SW380, .380 auto semi-automatic pistol, bearing serial number RAB0402; a SCCY model CPX-2, 9 millimeter semi-automatic pistol, bearing serial number C216699; a Kahr model CW9, 9 millimeter semi-automatic pistol, bearing serial number YD6450; a Glock model 23, .40 caliber semi-automatic pistol, bearing serial number EDW632US; and DMPS model A-15, 5.56 caliber semi-automatic rifle, bearing serial number FH217837; a Diamondback model DB-15, multi-caliber semi-automatic rifle, bearing serial number DB-

1814188; a Charter Arms model Pathfinder 22, 22LR revolver, bearing serial number 1104646; a Smith and Wesson, model 10, .38 caliber revolver, bearing serial number 73228; a privately made, 3D printed semi-automatic pistol, bearing no markings or serial number; a Beretta model PX4 Storm, 9 millimeter semi-automatic pistol, bearing serial number PX0201N; a Taurus model G2C, .40 caliber semi-automatic pistol, bearing serial number ABK017972; a Ruger model LCP, .38 caliber semi-automatic pistol, bearing serial number 372350968; a Rock Island Armory model 1911, .45 caliber semi-automatic pistol, bearing serial number RIA2179788; a Ruger model LC9S, 9 millimeter semi-automatic pistol, bearing serial number 327-63052; a Smith and Wesson model M&P 45 Shield, .45 caliber semi-automatic pistol, bearing serial number JBT6585; a privately made .300 Blackout, semi-automatic rifle, bearing no serial numbers, equipped with a silencer; a Del-Ton model DTI-15, 5.56 millimeter semi-automatic pistol, bearing serial number B90313; a Cobray model M-11/Nine, 9 millimeter semi-automatic pistol, bearing serial number 85-0003573; a Smith and Wesson model M&P 380 Shield EZ, .380 auto semi-automatic pistol, bearing serial number NFV4228; a Glock model 43X, 9 millimeter semi-automatic pistol bearing serial number BLYG103; a Glock model 45, 9 millimeter semi-automatic pistol, bearing serial number CAWG241; a 3D printed Glock type machine gun conversion device bearing no serial number; a Taurus TS9, 9 millimeter, semi-automatic pistol, bearing serial number AEK750953; an Iver Johnson Arms, .30 caliber semi-automatic, short-barrel rifle bearing serial number BA05782 and ammunition.

As a result of committing offenses in violation of Title 21, United States Code, Section 841(a)(1) as charged in this Superseding Indictment, felonies punishable by imprisonment for more than one year, **SUKHJIT BAINS** and **JONATHAN ERNSPIKER**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property

constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of said offense, and any and all of the defendant's property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the violations alleged in this Indictment, including but not limited to the property listed in the above paragraph.

A TRUE BILL.



_____
MICHAEL A. BENNETT
UNITED STATES ATTORNEY

MAB:JRP 1/22/25

UNITED STATES OF AMERICA v. SUKHJIT BAINS, JONATHAN ERNSPIKER and CHRISTOPHER GARDNER

## PENALTIES

| | |
|---|---|
| Counts 1, 7: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 2, 10: | NL 5 yrs./NM 40 yrs./$5,00,000/both/NL 8 yrs. Supervised Release (each count) |
| Counts 3, 4, 11: | NL 5 yrs./NM Life/$250,000/both/NM 5 yrs. Supervised Release (each count) (consecutive) |
| Counts 5, 6, 9: | NM 15 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count) |
| Count 8: | NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release |
| Count 12: | NM 10 yrs./$10,000/both/NM 3 yrs. Supervised Release |
| Forfeiture | |

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| | | | |
|---|---|---|---|
| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
| | $125 per count/other | | $400 per count/other |

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

   18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made <u>payable to the Clerk, U.S. District Court</u> and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.