**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO.3:25CR-2-DJH**
***Electronically Filed***

**SUKHJIT BAINS**
**CHRISTOPHER GARDNER** **DEFENDANTS**

**MOTION FOR PRELIMINARY ORDER OF FORFEITURE**

The United States respectfully requests that the Court enter the attached Preliminary Order of Forfeiture. As explained below, the preliminary order is necessary to protect the United States' ability to collect forfeited property and to protect third parties who may have competing interests in that property.

On December 16, 2025, defendant Bains pled guilty to violations of 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(8), 18 U.S.C. §§ 933(a)(1), (a)(3) and (b), 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), 18 U.S.C. § 2, 18 U.S.C. § 924(c)(1)(A), 18 U.S.C. § 922(o) and 18 U.S.C. § 924(a)(2), as charged in Counts 1, 2, 3, 5, 7, 8 through 10 of the Superseding Indictment. On August 28, 2025, defendant Gardner pled guilty to violations of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(8), as charged in Count 12 of the Superseding Indictment. Pursuant to the plea agreements, the above defendants agreed to forfeit the property described in the Notice of Forfeiture in the Superseding Indictment, Bill of Particulars, and the attached proposed Preliminary Order of Forfeiture, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461. Sentencing for defendant Bains is currently scheduled for March 16, 2026. Sentencing for defendant Gardner is currently scheduled for January 14, 2026.

The Preliminary Order of Forfeiture begins the process of collecting the property authorized by the plea agreement and the guilty verdicts. The proposed order sets out the facts justifying the forfeiture of defendant's property, permits the United States Marshals Service, or any duly authorized law enforcement agency to secure the property, and describes the procedure governing the ancillary proceedings in which innocent third parties may assert ownership claims to the forfeited property. 21 U.S.C. § 853; Fed. R. Crim. P. 32.2. Until the Court enters a preliminary order of forfeiture, the law prevents third parties from defending their interests in the forfeited property. 21 U.S.C. § 853(k). Approval of the preliminary order is likewise a prerequisite to the United States' ability to conduct necessary discovery and seek the forfeiture of substitute assets, if such forfeiture is necessary. 21 U.S.C. § 853(m)-(p).

Accordingly, the United States requests that the Court enter the attached proposed Preliminary Order of Forfeiture.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/*Joshua R. Porter*
Joshua R. Porter
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911

CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Joshua R. Porter*
Joshua R. Porter
Assistant U.S. Attorney