**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **CRIMINAL NO. 3:25CR-2-DJH**
***Electronically Filed***

**SUKHJIT BAINS**
**JONATHAN ERNSPIKER**
**CHRISTOPHER GARDNER** **DEFENDANTS**

**MOTION FOR FINAL DECREE**
**AND ORDER OF FORFEITURE**

The United States moves this Court for a Final Decree and Order of Forfeiture, based upon the previously entered Preliminary Order of Forfeiture. A proposed Final Decree and Order of Forfeiture is submitted herewith.

Respectfully submitted,

KYLE G. BUMGARNER
UNITED STATES ATTORNEY

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant U.S. Attorney
717 W. Broadway
Louisville, Kentucky 40202
(502) 582-5911
amy.sullivan@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I electronically filed the foregoing using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

s/*Amy M. Sullivan*
Amy M. Sullivan
Assistant United States Attorney